UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MITZIE E. PLAEGER                                           CIVIL ACTION

VERSUS                                                      NO: 06-879

STRYKER ORTHOPAEDICS, ET AL                                 SECTION: "K"(3)

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 11 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this __26th__ day of June, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

\_\_\_\_Fee_____
\_\_\_\_Process_____
\_\_\_\_Docket_____
\_\_\_\_CtRm Dep_____
\_\_\_\_Document No._____